[No. 15236-7-III.     Division Three.     February 18, 1997.]

DONALD LOWE, ET AL., *Appellants*, v. SPOKANE
COUNTY AIR POLLUTION CONTROL AUTHORITY,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-04972-3, Kathleen M. O'Connor,
J., entered September 8, 1995. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, A.C.J.,
and Kurtz, J.

[No. 35526-1-I.     Division One.     February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWN M.
MACCORMAC, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-8-05124-7, Bobbe J. Bridge, J., entered
October 24, 1994. *Affirmed* by unpublished per curiam
opinion.

[Nos. 36019-1-I; 37740-0-I.     Division One.     February 18, 1997.]

KENNETH RENNER, *Respondent*, v. GLEN MOSES,
ET AL., *Appellants.*

KENNETH RENNER, *Appellant*, v. GLEN MOSES, ET AL.,
*Respondents.*

Appeals from judgments of the Superior Court for Skag-
it County, No. 92-2-00941-5, Michael E. Rickert, J., entered
January 25, February 7, and November 2, 1995. *Affirmed
in part* and *reversed in part* by unpublished opinion per
Ellington, J., concurred in by Webster and Cox, JJ.